UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———

DAVID L. JAMERSON,

        Plaintiff,

v.

KRISTOPHER TASKILA et al.,

        Defendants.
_____/

Case No. 2:22-cv-40

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's ability to bring those claims in the state courts.


Dated:  June 1, 2022                       /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge